UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| PATRICK GHIORSO, <br><br> Plaintiff, <br><br> vs. <br><br> AMERICAN GENERAL LIFE INSURANCE COMPANY, a Texas Corporation, <br><br> Defendant. | Case No. CV-16-19-BLG-SPW <br><br> JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

JUDGMENT IN FAVOR OF THE DEFENDANT AGAINST THE PLAINTIFF.

Dated this 28th day of October, 2016.

TYLER P. GILMAN, CLERK

By: /s/ A. Carrillo
A. Carrillo, Deputy Clerk