# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| PATRICK GHIORSO, | CV 16-19-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| AMERICAN GENERAL LIFE INSURANCE COMPANY, a Texas Corporation, | |
| Defendant. | |

Upon the parties' Stipulation for Dismissal With Prejudice (Doc. 48), by and between their counsel of record,

IT IS HEREBY ORDERED that the above-entitled cause is dismissed with prejudice, with each party to bear their own costs and attorney's fees.

IT IS FURTHER ORDERED that the Final Pretrial Conference set for February 27, 2019 at 1:30 p.m. and the Bench Trial set for March 18, 2019 at 9:00 a.m. are **VACATED.**

DATED this 8th day of August, 2018.

_Susan P. Watters_
SUSAN P. WATTERS
U. S. DISTRICT JUDGE

1